# ORIGINAL



FILED

**FEB 1 4** 2002

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | BK. No. LA 91-68062-ES |
| Engizhta Oil Co. | MOTION FOR ORDER RELEASING UNCLAIMED FUNDS |
| Debtor(s). | Hearing Date:<br>Time:<br>Place: |

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,549.00 which is the sum of all monies deposited with the court on the following date(s) UNKNOWN on behalf of the creditor JEROME AMBERSON on claim No.(s) 105

2. (Please check and complete the applicable subparagraph(s) below):

_____ A. I am the creditor named in paragraph 1.

__✓__ B. I am an employee of the creditor named in paragraph 1 and my title is EMPLOYEE . The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

_____ C. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

1



D.   Subparagraphs A, B, & C above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____

_____

_____

_____

_____

3.   Please complete each of the following subparagraphs:

A.   The following is the creditor's address and phone number:

11678 SIENNA DRIVE

ALTA LOMA, CA · 91701

_____

B.   And a brief history of the creditor (from the filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s), and any changes of address. Submit evidence establishing the sale of the company from the prior to the new owners(s):

_____

_____

_____

_____

_____

4.   I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $ 5,000.00, or imprisoned not more than five years or both, if I have knowingly and fraudulently made any false statements in this document.

2

1       5.   On _____, a fully completed copy of this

2    document was mailed to the:

3    United States Attorney          United States Trustee's Office
     312 North Spring Street         221 N. Figueroa Street

4    Los Angeles, California 90012     Los Angeles, CA  90012

5    Please insert the address of the Trustee (or Reorganized Debtor, or
     other Fiduciary in charge of claims):

6    MICHAEL S. KOGAN

7    725 S. FIGUEROA ST, STE #3400

8    LOS ANGELES, CA   90017

9     

10                             Creditor's Signature

11       (Corporate Seal          JEROME AMBERSON

12        if applicable)       Type or Print Creditor's Name

13                          11678 SIENNA DR
                            Creditor's Address

14                          ALTA LOMA, CA. 91701

15    

16   State of    California         )

17   County of   San Bernadino    )  ss.

18   On  Feb. 8 2002    before me, (insert name and title of the signer),
     personally appeared

19   Shelly Osborn, notary public

20   _____

21    

22   personally known to me (or proved to me on the basis of satisfactory evidence)
     to be the person(s) whose name(s) is/are subscribed to the within instrument and

23   acknowledged to me that he/she/they executed the same in his/her/their authorized
     capacity(ies), and that by his/her/their signature(s) on the instrument the
     person(s), or the entity upon behalf of which the person(s) acted, executed the

24   instrument.   WITNESS my hand and official seal.

25   Signature Shelly Osborn

26   My commission expires on April 18 2003

27     *  All Signatures must be notarized.

28                              3

SHELLY LYNN OSBORN
Commission # 1216381
Notary Public - California
San Bernardino County
My Comm. Expires Apr 18, 2003
(SEAL)

Attorney/Attorney-in-Fact    (if appointed)

_____

Signature*

_____

Type or Print Name

_____

Address

_____

State of _____ )
                                 ) ss.
County of _____ )

On _____ before me, (insert name and title of the signer), personally appeared

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.    WITNESS my hand and official seal.

Signature_____

My commission expires on _____.          (SEAL)

*  All Signatures must be notarized.

Presented by:

_____

_____

_____  _____

MORUF2
Rev. 10/94

4









REPUBLIKA NG PILIPINAS
*REPUBLIC OF THE PHILIPPINES*
Kagawaran ng Ugnayang Panlabas
*Department of Foreign Affairs*

Ang Pamahalaan ng Republika ng Pilipinas ay humihiling sa lahat ng kinauukulan na pahintulutan ang pinagkalooban nito, isang mamamayan ng Pilipinas, na ang lagda ay makikita sa ibaba, na makaraan nang maiaya at walang sagabal, at kung kailangan ay pag-ukulan siya ng lahat ng tulong at proteksiyon ayon sa batas.

*The Government of the Republic of the Philippines requests all concerned to permit the bearer, a citizen of the Philippines, whose signature appears below, to pass safely and freely, and in case of need to give him/her all lawful aid and protection.*

Lagda ng pinagkalooban/*Bearer's signature*